# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In Re:

|  |  |  |
|---|---|---|
|  | : | Case No. 14-50275 |
| Chad E. Miller | : | SSN: XXX-XX-6375 |
|  | : | Chapter 13 |
| Debtor | : | Judge Preston |

## NOTICE OF FILING OF CHANGE OF ADDRESS

Now comes the Debtor, Chad Miller, by and through counsel, who respectfully notifies the Court that he has moved and that his new address is as follows:

1430 Aven Drive

Columbus, Ohio 43227

Respectfully submitted,

/s/Eden R. Sarver
Eden R. Sarver (0074919)
Eden R. Sarver, Attorney at Law
2770 E Main St., Suite 8
Columbus, OH  43209
(614) 429-3169
(614) 564-9155 (fax)
eden@edensarverlaw.com

CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2016, a true copy of the foregoing Notice was served upon the following registered ECF participants, **electronically** through the Court's ECF System at the email address registered with the court:

Frederick Ransier, Chapter 7 Trustee

The Office Of The U.S. Trustee

and on the following by **ordinary U.S. Mail** addressed to:

Chad Miller, 1430 Aven Drive, Columbus, Ohio 43227.

Respectfully submitted,

/s/Eden R. Sarver_____
Eden R. Sarver (0074919)
Eden R. Sarver, Attorney at Law
2770 E Main St., Suite 8
Columbus, OH  43209
(614) 429-3169
(614) 564-9155 (fax)
eden@edensarverlaw.com